Eastern District of Kentucky
F I L E D

OCT 15 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.                                            INDICTMENT NO. 5:20CR-115-DCR-MAS

SYED SHERAZ AHMED,
    aka SHERAZ AHMED,
    aka JERRY HEINRICK

* * * * *

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2252(a)(1)

On or about September 22, 2016, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**SYED SHERAZ AHMED,**
**aka SHERAZ AHMED,**
**aka JERRY HEINRICK,**

did knowingly transport or ship a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(1).

## COUNT 2
## 18 U.S.C. § 2252(a)(4)(B)

On or about September 22, 2016, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**SYED SHERAZ AHMED,
aka SHERAZ AHMED,
aka JERRY HEINRICK,**

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## COUNT 3
## 18 U.S.C. § 2423(b)

On or about September 22, 2016, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**SYED SHERAZ AHMED,
aka SHERAZ AHMED,
aka JERRY HEINRICK,**

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct as defined in 18 U.S.C. § 2423(f)(1), with another person, to wit: a person under 18 years of age, all in violation of 18 U.S.C. § 2423(b).

## COUNT 4
## 18 U.S.C. § 2251(a)

From on or about February 1, 2016, through on or about September 21, 2016, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**SYED SHERAZ AHMED,
aka SHERAZ AHMED,
aka JERRY HEINRICK,**

employed, used, persuaded, induced, enticed, and coerced a minor, K.B., to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means and facility of interstate or foreign commerce and was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 5
## 18 U.S.C. § 2252(a)(2)

From on or about February 1, 2016, and continuing through on or about September 21, 2016, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**SYED SHERAZ AHMED,
aka SHERAZ AHMED,
aka JERRY HEINRICK,**

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor, K.B., engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **SYED SHERAZ AHMED, aka SHERAZ AHMED, aka JERRY HEINRICK**, has in the following property, including but not limited to:

### COMPUTER AND ASSOCIATED EQUIPMENT:

1. SanDisk card, serial number 1103906977DU1;
2. Samsung digital camera, serial number A9LHC9AF800XM8Y;
3. GPS Tom Tom, serial number GT6162B03345;
4. All software and peripherals which are contained on or associated with the listed computers,

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

**A TRUE BILL**

████████████████

**FOREPERSON**

*[signature]*

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**  Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 2:**  Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 3:**  Not more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 4:**  Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 5:**  Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.  Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110, committed after May 29, 2015 through September 30, 2021.

**PLUS:**  Restitution, if applicable.

**PLUS:**  Forfeiture of all listed property.