**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**(at Lexington)**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**CASE NO.: 5:20-cr-00115-DCR-MAS**

**DEFENDANT AHMED'S OBJECTIONS TO THE**

**PRESENTENCE INVESTIGATIVE REPORT**

*ELECTRONICALLY FILED*

**SYED SHERAZ AHMED**                                                                                 **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Defendant Syed Sheraz Ahmed, by counsel, objects to the following paragraphs of the Final Presentence Investigation:

Paragraph 7: The statement, "was Facebook friends with multiple young girls and women" should be removed from the paragraph. This sentence does not go toward the proof of either count. Therefore, it is not relevant.

Paragraph 8: The statement, "while on a Snapchat video with Ahmed" should be removed from the paragraph. There is no evidence of this incident or that a Snapchat video even exists. It cannot be proven.

Paragraph 15: The statement, "however, the victim revealed that Ahmed told her he was going to force her to do things during sex. She advised that he told her if she resisted, he would smack her" should be removed from the paragraph. There is no proof of this occurring.

Paragraph 16: The entire paragraph should be removed. There is no proof through analysis that there were a total of 300 image and video files of child pornography.

Paragraphs 25 and 34:  The Defendant did not "knowingly engage in distribution."  This is not a distribution case.

Paragraphs 26 and 35:  The Defendant simply used a screen name, and these offenses could not be facilitated without the use of a computer, which causes the Defendant to be doubly penalized.

Paragraph 33:  The offense of receipt of child pornography did not involve sexual contact.  While there were nude images received by Defendant, no Snapchat video exists.

Paragraph 41:  Defendant did not engage in a pattern of activity.  This case involves the same victim with an ongoing set of facts, not separate incidents.

Paragraph 47: Probation and Parole states this case is directly related to the instant federal offense.  The offense is directly related, and the minor victim is the exact same person.  Further, the Defendant received a 7-year state sentence of which he had served from August 9, 2017 when he was sentenced, until November 2, 2020 when he was arraigned on this instant case after having been taken into Federal custody pursuant to a Writ of Habeas Corpus Ad Prosequendom.  Justice requires the Defendant's state court sentence be deducted from the federal sentence.

Paragraph 67:  The Defendant objects to the statement that he possesses the ability to pay a limited fine.  A previous paragraph 66 states that the Defendant has no assets.  In addition, he owes $50,000.00 in student loans.  Finally, he has been incarcerated since August 9, 2017, with the prospect of many years to come.  Therefore, the Defendant possesses no ability to pay any amount.

The Defendant's letter to this Honorable Court is attached hereto.

Respectfully submitted,

s/ William M. Butler, Jr.
WILLIAM M. BUTLER, JR.
500 West Jefferson Street Suite 1520
Louisville, Kentucky 40202
P: (502) 582-2020 F: (502) 583-8007
Email: wmb@kycriminallawyer.com

/s/ Ashley Witte Dawson
ASHLEY WITTE DAWSON
810 Sycamore Street, 5th Floor
Cincinnati, OH 45202
P: (513) 564-0088 F: (513) 263-9089
Email: ashleytheattorney@yahoo.com
Co-Counsel for Defendant

/s/ Adam Boyd Bleile
ADAM BOYD BLEILE
810 Sycamore Street, 5th Floor
Cincinnati, OH 45202
P: (513) 564-0088 F: (513) 263-9089
Email: adamtheattorney@yahoo.com
Co-counsel for Defendant

/s/ Jacqueline Mayer
JACQUELINE MAYER
810 Sycamore Street, 5th Floor
Cincinnati, OH 45202
P: (513) 564-0088 F: (513) 263-9089
Email: jacquetheattorney@yahoo.com
Co-counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the Honorable Emily Greenfield as well as all counsel of record.

s/ William M. Butler, Jr.

William M. Butler, Jr.


*/s/* Ashley Witte Dawson

Ashley Witte Dawson


*/s/* Adam Boyd Bleile

Adam Boyd Bleile


*/s/* Jacqueline Mayer

Jacqueline Mayer

4