Case: 5:20-cr-00115-DCR-MAS   Doc #: 35-1   Filed: 10/19/21   Page: 1 of 3 - Page ID#: 107

1 of 3

Honorable Justice Reeves,

I want to start by saying that the conduct that has led to my incarceration is a source of great shame and disgrace for me and my family. To be the first in my family to be incarcerated and especially for a crime such as this makes me feel filthy. I will not deny accountability for my actions and the intent of this letter is anything but that. I do want to thank you in advance for your attention in this matter.

I started my state sentence with much bitterness as I was not ready to look within. There was hurt and some deep insecurities that I was subconsciously avoiding. However, through self reflection, diligent focus and seeking the path of God, I found peace, a family, support and yes even accountability.

I was born and raised in a culture where actions like the ones I committed, had no consequences. Therefore, I would not have learned my lesson, had I been there instead of here. I know its difficult to believe but I am thankful for those lessons. If it were not for that time I would not have the support system I have today. As a consequence of my incarceration I was able to be a son I never was for a long time. I talked to my mom nearly daily and made plans with her to build a life together. I promised my seventeen year old son, who wants to act, that I will be there for him cheering him every step of the way. My fifteen year old daughter, who is a vegetarian, wanted me to be vegetarian with her. I promised her I would do so upon my release. My brother, who has been the sole provider for my family in my absence, was also awaiting my return to relieve the pressure on him. So you can imagine how my world was rocked when these federal charges

were brought just weeks before my parole hearing. However, faith and resolve teaches me to keep on moving forward. All I can control is accepting my responsibility and pray that you can see me as more than my sins.

I do want to say that I was well aware of the law when I broke it. I will not lie and pretend I did not know. However, my mind always saw the criminal law and the moral law as seperate and distinct. I knew my actions were criminally wrong but I did not see them as morally wrong. When I went through the sex offender treatment program in state prison, I learned a lot about myself and my conduct. I took it upon myself to work the program in my life, instead of just going through the motions. I educated myself on the mental developement science and as a result learned that there are very legitimate reasons why age is definitive of mental maturity. A child remains unable to make certain decisions until their brain is fully dweveloped inspite of their physical appearance. I was able to overcome the nurturing I recieved from my younger years and identified the root of my sins.

In wrapping things up: I know my behavior was criminal and wrong and deserving of prison time. I did what I thought was the intent of such sentences and made sure I worked on fixing my short comming and errors in thought, while doing time. However, I can not go back in time to undo my actions no matter how much I may want to.

What I do not know and can not figure out is how long I must be punished for the same past I cannot change. Am I not worthy of a second chance? Is there no redemptive quality

to me? Will I never have a chance at being a good father that keeps his word? a good son? or, a good brother? Am I wasting time reforming and planning for a future when the sentence I face shows no future for me? I am forty years old and even decades will be like a life sentence to me, even if it does not say life.

I don't mean to play the victim, because I know that I am not one. I am genuinely remorseful of all I have done. I just need help understanding how it is worth taking my life away.

I thank you for your time and consideration in this matter. I pray you will see this letter as a plea for help but not as me avoiding or evading responsibility.

Respectfully
Syed Sheraz Ahmed.