AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   KENTUCKY

USA
V.
SYED SHERAZ AHMED

**EXHIBIT AND WITNESS LIST**

Case Number:   5:20-CR-115-DCR-1

| PRESIDING JUDGE<br>Danny C. Reeves | PLAINTIFF'S ATTORNEY<br>Emily K. Greenfield | DEFENDANT'S ATTORNEY<br>William Butler/Jacqueline Mayer |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing - 11/29/2021 | COURT REPORTER<br>Linda Mullen | COURTROOM DEPUTY<br>Dulce Combs |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 11/29/2021 | x | x | Exhibit A - Federal Sentencing of Child Pornography - Production Offenses |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages