UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 5: 20-115-DCR |
| Plaintiff/Respondent, | and |
| | Civil Action No. 5: 23-272-DCR |
| V. | |
| SYED SHERAZ AHMED, | |
| | **JUDGMENT** |
| Defendant/Movant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Based on the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this collateral proceeding by Defendant/Movant Syed Ahmed. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

2. A Certificate of Appealability shall not issue with respect to any issue raised by Defendant/Movant Syed Sheraz Ahmed.

Dated: April 10, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky